UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAC TRUONG, et al.,<br><br>　　　　　　Appellants,<br>　v.<br>STEVEN P. KARTZMAN, et al.,<br><br>　　　　　　Appellees. | Civ. No. 06-3286 |

It is on this    12th    day of June, 2007,

ORDERED that the entitled action is reassigned from

JUDGE PETER G. SHERIDAN to JUDGE GARRETT E. BROWN, JR.

　　　　　　　　　　　　　　　　s/Garrett E. Brown, Jr.
　　　　　　　　　　　　　　　　**HONORABLE GARRETT E. BROWN, JR.**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**